No. 03–7492. CHEELY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–7493. MARQUEZ-RODRIGUEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–7494. MARTINEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–7496. MARTINEZ-CARRILLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–7498. MILLER, AKA BUCK v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–7499. MANION, AKA PETERS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–7500. ORTEGA, AKA LUGUIS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–7504. MARTINEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–574. CONSOLIDATED RAIL CORPORATION v. RICHARDS. C. A. 6th Cir. Motion of Association of American Railroads for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 03–7776 (03A490). ZIMMERMAN v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

No. 02–1019. ARIZONA v. GANT, *ante*, p. 963;
No. 02–10820. TONDRE v. UNITED STATES, *ante*, p. 839;
No. 02–10850. MEYERS v. COLORADO DEPARTMENT OF HUMAN SERVICES, DIVISION OF VOCATIONAL REHABILITATION, ET AL., *ante*, p. 840;
No. 02–10984. BENJAMIN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 847;
No. 02–11021. IN RE WILLIAMS, *ante*, p. 810;
No. 02–11050. BIRCH v. ILLINOIS, *ante*, p. 851;